**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 80 WAL 2015
:
                 Respondent : 
:
                  : Petition for Allowance of Appeal from the
                  : Order of the Superior Court
        v. :
:
:
:
JAMES COLEMAN, :
:
                 Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.